UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

TARA SWEET, CORINNE ARMISON, and
BROOKLYNN CLINE,

                      **Plaintiffs,**

  -against-                                        Index No.: 6:24-cv-6118

BATAVIA DOWNS CASINO, WESTERN
REGIONAL OFF TRACK BETTING CORP.,
HENRY WOJTASZEK, SCOTT KIEDROWSKI,
and DANIEL WOOD,

                        **Defendants.**
_____

## NOTICE OF CROSS MOTION
## FOR JUDGMENT ON THE PLEADINGS AGAINST DEFENDANT BATAVIA DOWNS CASINO, WESTERN REGIONAL OFF TRACK BETTING CORP.

**PLEASE TAKE NOTICE** that, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and the supporting Memorandum of Law, and upon Plaintiffs' Verified Amended Complaint, Defendant Batavia Downs Casino, Western Regional Off Track Betting Corp.'s ("WROTB") and Defendant Henry Wojtaszek's Verified Answer, Defendants Scott Kiedrowski's and Daniel Wood's Answer, and the referenced and incorporated documents in the record, Plaintiffs Tara Sweet, Corinne Armison, and Brooklynn Cline, by and through their undersigned counsel, Hayes Dolce, will move this Court before the Honorable Charles J. Siragusa, at a place, date, and time to be set by the Court, for an order denying Defendants' Partial Motions to Dismiss and granting Plaintiffs' Cross Motion for Judgment on the Pleadings that Defendant WROTB unlawfully withheld gratuities from Plaintiffs by permitting the Bar Supervisor and Assistant Bar Supervisor to participate in employee tip pools in violation of the Fair Labor Standards Act, and granting such further relief as the Court deems appropriate.

1

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7(a)(1), Plaintiffs reserve the right to file reply papers in support of this motion, and request oral argument.

Dated: August 2, 2024
       Buffalo, New York

                                                  Respectfully submitted,

                                                  _____
                                                  Michael Dolce
                                                  HAYES DOLCE
                                                  135 Delaware Ave., Suite 502
                                                  Buffalo, NY 14202
                                                  mdolce@hayesdolce.com
                                                  716-912-3480